**Order entered February 19, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01525-CV

**D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE F/K/A MAGAZINE LIMITED PARTNERS, L.P., AND ALLISON MEDIA, INC., Appellants**

**V.**

**JANAY BENDER ROSENTHAL, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-01346**

## ORDER

Although twice ordered to file her portion of the reporter's record, court reporter Vielica Dobbins has yet to comply. Because this accelerated appeal cannot proceed without a complete appellate record, we **ORDER** Ms. Dobbins to file her portion of the record **no later than March 2, 2020**. *We caution Ms. Dobbins that failure to comply may result in an order that she not sit as a court reporter until this record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale B. Tillery, Presiding Judge of the 134th Judicial District Court; Tina Thompson, Official Court Reporter for the 134th Judicial District Court; Ms. Dobbins; and, the parties.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE